CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    FAX: (510) 637-3724
    ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-CR-372 HSG |
| Plaintiff, | STIPULATION AND ORDER CONVERTING CHANGE OF PLEA TO STATUS CONFERENCE AND EXCLUDING TIME FROM MAY 6, 2026, TO MAY 13, 2026 (as modified) |
| v. | |
| PEDRO GALEANO-LOBO, | |
| Defendant. | |

This matter is presently set before the Court for a change of plea on May 6, 2026. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Pedro Galeano Lobo, that the change of plea hearing be converted to a status conference and continued to May 13, 2026. The parties need additional time to discuss resolution, and defense counsel continus to review discovery with the defendant. The parties further stipulate that time be excluded under the Speedy Trial Act from May 6, 2026, through May 13, 2026. The parties agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery and discussing possible resolutions and pleas with the defendant and the government. For this reason, the parties stipulate and agree that excluding time until May 13, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 25-CR-372 HSG

the ends of justice are served by excluding the time from May 6, 2026, through May 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        April 22, 2026                    /s/
                                                IVANA DJAK
                                                Assistant United States Attorney

DATED:        April 22, 2026                    /s/
                                                MICHAEL LEVINE
                                                Counsel for Defendant

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the May 6, 2026 change of plea hearing to May 13, 2026 at 2 p.m. and converts it to a status conference.  The Court further finds that failing to exclude the time from May 6, 2026, through May 13, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 6, 2026, through May 13, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 6, 2026, through May 13, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 4/22/2026

                                                HON. HAYWOOD S. GILLIAM, JR.
                                                United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 25-CR-372 HSG